UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 18-62640-CIV-MARTINEZ-SNOW

CARTIER INTERNATIONAL A.G.,
MONTBLANC-SIMPLO GMBH, OFFICINE
PANERAI A.G., and VAN CLEEF & ARPELS SA,

      Plaintiffs,

vs.

A1MARKETING, et al.,

      Defendants.
_____/

## SEALED ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND ORDER RESTRAINING TRANSFER OF ASSETS

THIS CAUSE came before the Court upon Plaintiffs Cartier International A.G., Montblanc-Simplo GMBH, Officine Panerai A.G., and Van Cleef & Arpels SA (collectively "Plaintiffs") *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets [ECF No. 5].[1] The Court has reviewed the Motion and supporting Memorandum of Law and accompanying exhibits and declarations submitted in support of the relief sought and the Complaint.

Plaintiffs have produced evidence that demonstrates that there is probable cause to believe that Defendants are violating and are about to violate the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a). Specifically, Plaintiffs have produced evidence that demonstrates that there is probable cause that consumers are likely to be confused by Defendants' advertisement, sale, offers for sale, and/or distribution of goods bearing and/or using counterfeits, infringements,

---

[1] The Court will address Plaintiffs' request for a preliminary injunction in a separate order filed simultaneously hereto. This order deals with Plaintiffs' request for the entry of a temporary restraining order and order restraining transfer of assets without notice to the Defendants.

reproductions, or colorable imitations of one or more of Plaintiffs' registered trademarks, and that the products Defendants are selling and promoting are copies of Plaintiffs' respective products that bear copies of Plaintiffs' respective Marks. Because of the infringement of Plaintiffs' Marks, Plaintiffs are likely to suffer immediate and irreparable injury if a temporary restraining order is not granted for the following reasons: (a) Defendants own or control e-commerce stores via a marketplace platform operating under their seller identification names which advertise, promote, offer for sale, or sell products bearing and/or using counterfeit and infringing trademarks in violation of Plaintiffs' rights; (b) there is good cause to believe that more counterfeit and infringing products bearing Plaintiffs' trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiffs may suffer loss of sales for their genuine products; (c) there is good cause to believe that if Plaintiffs proceed on notice to Defendants on this Application for Temporary Restraining Order, Defendants can easily and quickly transfer or modify e-commerce store data and content, change payment accounts, redirect consumer traffic to other seller identification names, and transfer assets and the ownership of the Seller IDs, thereby thwarting Plaintiffs' ability to obtain meaningful relief; (d) the balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiffs, their reputations, and goodwill as manufacturers and distributors of quality products, if such relief is not issued; and (e) the public interest favors issuance of the temporary restraining order to protect Plaintiffs' trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as genuine goods of Plaintiffs.

Under 15 U.S.C. § 1117(a), Plaintiffs may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing counterfeits and infringements of Plaintiffs' Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'")). Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Federal Trade Commission v. United States Oil and Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)). In light of the inherently deceptive nature of the counterfeiting business, and Defendants' violations of the federal trademark laws, Plaintiffs have good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

Accordingly, IT IS **HEREBY ORDERED** that Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets[2] [ECF No. 5] is **GRANTED** as follows:

1.　Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby temporarily restrained:

  a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing and/or using

---

[2] Again, this Order deals solely with the Plaintiffs' request for entry of a temporary restraining order without notice. The Court will address Plaintiffs' request for an order to show cause why a preliminary injunction shall not issue by separate order filed simultaneously hereto.

        Plaintiffs' Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiffs; and

    b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiffs, bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks.

    2.    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of Plaintiffs' Marks or any confusingly similar trademarks, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them including the Internet based e-commerce stores operating under their Seller IDs.

    3.    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of Plaintiffs' Marks, or any confusingly similar trademarks within metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores registered by, owned, or operated by each Defendant, including the Internet based e-commerce stores operating under the Seller IDs.

    4.    Each Defendant shall not transfer ownership of the Seller IDs during the pendency of this Action, or until further Order of the Court.

5. Each Defendant shall preserve copies of all computer files relating to the use of any of the Seller IDs and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs that may have been deleted before the entry of this Order.

6. Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon Payments, Inc. ("Amazon"),[3] PayPal, Inc. ("PayPal"),[4] ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"),[5] and their related companies and affiliates shall (i) immediately identify all financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores operating under the Seller IDs, store URLs, and/or the e-mail addresses identified on Schedule "A" hereto, as well as any other accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) immediately divert those restrained funds to a holding account for the trust of the Court.

7. Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon, PayPal, ContextLogic, and their related companies and

---

[3] Amazon is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court. *See* Gigante Decl. ¶ 4.

[4] PayPal is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court. *See* Gigante Decl. ¶ 5.

[5] ContextLogic, which operates the website Wish.com, facilitates online sales and transactions, and conducts substantial business within the United States, including within this district, and is therefore subject to personal jurisdiction in this Court. *See* Gigante Decl. ¶ 6.

affiliates shall further, within five business days of receiving this Order, provide Plaintiffs' counsel with all data that details (i) an accounting of the total funds restrained and identifies the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions, until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by any financial institution, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon, PayPal, ContextLogic, and their related companies and affiliates for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

8. This Temporary Restraining Order shall remain in effect until such time that Plaintiffs' Motion for Entry of Preliminary Injunction can be heard, or until such further dates as set by the Court or stipulated to by the parties.

9. This Temporary Restraining Order shall apply to the Seller IDs, associated e-commerce stores, and any other seller identification names, e-commerce stores, or financial accounts which are being used by Defendants for the purpose of counterfeiting Plaintiffs' Marks at issue in this action and/or unfairly competing with Plaintiffs.

10. Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order.

11. Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiffs shall post a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00),

as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice.

12. After Plaintiffs' counsel has received confirmation from the financial institutions regarding the funds restrained as directed herein, Plaintiffs shall serve a copy of the Complaint, the Application for Temporary Restraining Order, and this Order on each Defendant via their corresponding e-mail address and/or online contact form provided on the e-commerce stores operating under the respective Seller IDs, or by providing a copy of this Order by e-mail to the marketplace platforms for each of the Seller IDs so that the marketplace platforms, in turn, notifies each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court. In addition, Plaintiffs shall post copies of the Complaint, the Application for Temporary Restraining Order, and this Order as well as all other documents filed in this action on the website located at http://servingnotice.com/Rievpw/index.html and shall provide the website address and a link to the website to Defendants via e-mail/online contact form, and such notice so given shall be deemed good and sufficient service thereof. Plaintiffs shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants by regularly updating the website located at http://servingnotice.com/Rievpw/index.html or by other means reasonably calculated to give notice which is permitted by the Court.

- 8 -

13. Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators, and/or administrators of the Internet marketplace websites, including but not limited to Amazon.com, Inc., Bonanza.com, Inc., eBay, Inc. and ContextLogic, shall, at Plaintiffs' request, provide Plaintiffs' counsel with any e-mail addresses known to be associated with Defendants' respective Seller IDs.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of November 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, SELLER ID, STORE URL,
## PAYMENT ACCOUNT, AND ADDITIONAL E-MAIL ADDRESSES

| Def. No. | Defendant / Seller ID | Amazon Seller ID Number / Store URL | PayPal Account / Payee | Additional Email |
|---|---|---|---|---|
| 1 | a1marketing | AGYB6XENQYJVQ | | |
| 2 | AMSFM | A2YA98IWWSLK0D | | |
| 3 | Antonia Parker | AUUGY3QODMXES | | |
| 4 | BLJ | A37Z8QWA26Q3BH | | |
| 5 | blue kitty | A3VTMC18VL9IF5 | | |
| 6 | Booth Deneers | A1CTXIG209V6O0 | | |
| 7 | BUYONER | A31YDDKUP2M9HX | | |
| 7 | wangzhaozhi | A31YDDKUP2M9HX | | |
| 8 | Caya Van | A1EGHD8I2QXMG1 | | |
| 9 | CCC-JEWELRY | A2MF8DRPN7DGPH | | |
| 9 | LYNNBEI | A2MF8DRPN7DGPH | | |
| 10 | Cesar Sunglasses | A258ZZ4REP70S6 | | |
| 11 | cheers jeans | A1ICLRDG3I0G32 | | |
| 12 | Clfclf | A3GQ36FNUUHGW0 | | |
| 13 | COOKAI & Co. | A3SGJ76XDBMISC | | |
| 14 | Dhruvansh Creations | A3E472OC06XNT7 | | |
| 15 | dunis cecile | ALTSTTQS9XCT7 | | |
| 16 | Emn Dirtected | ABP3ES5Z0605Z | | |
| 17 | FHMZ | A1ZNJUV76JB1O9 | | |
| 17 | MaiDun | A1ZNJUV76JB1O9 | | |
| 18 | Fire Ants Co. Ltd. | A23BO871F1KYH4 | | |
| 19 | Gchatt002 | ALIJLOK9J2RR9 | | |
| 19 | TxiDquyin | ALIJLOK9J2RR9 | | |
| 20 | Gift2UNM | AFKH0BP83Z49B | | |
| 21 | Ginalee Gina | A88ADAZ4A9WJI | | |
| 22 | Jewelry Fine | A2NFH6QZFYSNPJ | | |
| 23 | jewelry palace | AA79C83TJGXDB | | |
| 24 | LIANGYI | AG8C2ODRGAODO | | |
| 25 | Maxdo Life | A32ESH25L7SGM8 | | |
| 26 | Melan BanBan | A1TBCNXTSK95S9 | | |
| 27 | MunZZ Store | A30BNB3CNBKDMG | | |
| 28 | My_TimeZone | AHW093SW0FBBN | | |
| 29 | Parwash | A1WKOIXZR3O0QY | | |
| 30 | Smile All The Time | A237XAWJRX0UR0 | | |

| | | | | |
|---|---|---|---|---|
| 31 | spendness | A1ON5PH9DML10W | | |
| 32 | topbens | A3E9BU8IGQG9VS | | |
| 33 | Toris wish | A30MNL0KI9HIW5 | | |
| 34 | TUBATU | AT3ULS2DDP7L1 | | |
| 35 | vShop | A3OX0F4SB1AFWQ | | |
| 36 | vv king | AP9DZT9RUDX7V | | |
| 37 | WhatsWatch | AT7KIFDGQBA8A | | whatswatch@126.com |
| 38 | WoCloth | AITSUKV5N0UVW | | |
| 39 | Y.S.M.Y LOVE Co., Ltd. | A21N48505EYTWX | | |
| 40 | Yeemer Direct | A47SQ8HPFTL5Z | | |
| 41 | zhangtai | A2SQ9350DYZDG9 | | |
| 42 | foryou1518 | http://www.bonanza.com/booths/foryou1518 | tcvien2002@gmail.com | |
| 43 | blueness-charm | http://www.ebay.com/usr/blueness-charm | lhmsenlina2011@163.com | senlina2011@aliyun.com |
| 44 | collidezaljkase-9 | http://www.ebay.com/usr/collidezaljkase-9 | collidezaljkase@hotmail.com | |
| 45 | daniegola6 | http://www.ebay.com/usr/daniegola6 | danielsgolan@yahoo.com | |
| 46 | dealzonlimited | http://www.ebay.com/usr/dealzonlimited | affinityandco@gmail.com | |
| 47 | globus_online | http://www.ebay.com/usr/globus_online | ebaynr2016@gmail.com | |
| 48 | greatsavingsale | http://www.ebay.com/usr/greatsavingsale | petersuwan@live.com | |
| 49 | greenie_store | http://www.ebay.com/usr/greenie_store | chuyentinlamson0912@gmail.com | |
| 50 | hannah-15-425 | http://www.ebay.com/usr/hannah-15-425 | ungeunge1991@gmail.com | |
| 51 | jiang_yuan666 | http://www.ebay.com/usr/jiang_yuan666 | jiang_yuan6366@outlook.com | |
| 52 | kakacorp | http://www.ebay.com/usr/kakacorp | kakacorpdeal@gmail.com | |
| 53 | kimmerril-0 | http://www.ebay.com/usr/kimmerril-0 | lisahinaotqysin@hotmail.com | |
| 54 | miaosouwangluokeji0 | http://www.ebay.com/usr/miaosouwangluokeji0 | zpzhxl@hotmail.com | |

| 55 | milishop2726 | http://www.ebay.com/usr/milishop2726 | milishop276@gmail.com | |
|---|---|---|---|---|
| 56 | moonloveshop | http://www.ebay.com/usr/moonloveshop | hoangtuanvpkk3@gmail.com | |
| 57 | mxiang2017 | http://www.ebay.com/usr/mxiang2017 | zhengchunyang3312@163.com | |
| 58 | natsaha2006 | http://www.ebay.com/usr/natsaha2006 | natasha_mansukhani@hotmail.com | |
| 59 | ooajhks298 | http://www.ebay.com/usr/ooajhks298 | ooajhksah239ajad@post.com | |
| 60 | pctsltd | http://www.ebay.com/usr/pctsltd | dragonxpress@yahoo.co.uk | |
| 61 | ray146 | http://www.ebay.com/usr/ray146 | razor146@hotmail.co.uk | |
| 62 | rolexgoldjewelry | http://www.ebay.com/usr/rolexgoldjewelry | rolexjewells@gmail.com | |
| 63 | sh-220035 | http://www.ebay.com/usr/sh-220035 | nikshah@sky.com | |
| 64 | simplybestoffers | http://www.ebay.com/usr/simplybestoffers | justasjustelis69@gmail.com | |
| 65 | smilestore777 | http://www.ebay.com/usr/smilestore777 | smilestore7777@gmail.com | |
| 66 | thstore08 | http://www.ebay.com/usr/thstore08 | txhoa1108@gmail.com | |
| 67 | timaa.4820 | http://www.ebay.com/usr/timaa.4820 | tima.abdullah@gmail.com | |
| 68 | trecolori2013 | http://www.ebay.com/usr/trecolori2013 | renedogukan@yahoo.pl | |
| 69 | trucvy_99 | http://www.ebay.com/usr/trucvy_99 | dropshipbox1987@gmail.com | |
| 70 | willjohnson_3 | http://www.ebay.com/usr/willjohnson_3 | 3ot3ot1991@gmail.com | |
| 71 | win1911.store | http://www.ebay.com/usr/win1911.store | phongnguyen.ktdt@gmail.com | |
| 72 | 11Eleven | http://www.ebay.com/usr/11Eleven | PayPal * Wish | |
| 73 | aiweike | http://www.wish.com/merchant/aiweike | PayPal * Wish | |
| 74 | baba_store | http://www.wish.com/merchant/baba_store | PayPal * Wish | |

| # | Merchant | URL | Payment | Email |
|---|---|---|---|---|
| 75 | Bang Bang Da | http://www.wish.com/merchant/Bang Bang Da | PayPal * Wish | |
| 76 | Best_Buy | http://www.wish.com/merchant/Best_Buy | PayPal * Wish | |
| 77 | BIZONOD STORE | http://www.wish.com/merchant/BIZONOD STORE | PayPal * Wish | |
| 78 | chaoliu factory 22 | http://www.wish.com/merchant/chaoliu factory 22 | PayPal * Wish | |
| 79 | Cupid's arrow | http://www.wish.com/merchant/Cupid's arrow | PayPal * Wish | lamben287@yahoo.com<br>360568375@qq.com |
| 80 | Day Day Happy2017 | http://www.wish.com/merchant/Day Day Happy2017 | PayPal * Wish | |
| 81 | DongYuRong | http://www.wish.com/merchant/DongYuRong | PayPal * Wish | |
| 82 | EnjoyShoppping | http://www.wish.com/merchant/EnjoyShoppping | PayPal * Wish | 3263652105@qq.com |
| 83 | Lzh_Store | http://www.wish.com/merchant/Lzh_Store | PayPal * Wish | 3263652105@qq.com |
| 84 | guangzhouyuehaihuitengyouxiangongsi | http://www.wish.com/merchant/广州粤海辉腾有限公司 | PayPal * Wish | |
| 85 | Home toy | http://www.wish.com/merchant/Home toy | PayPal * Wish | |
| 86 | huailaoshudewo | http://www.wish.com/merchant/huailaoshudewo | PayPal * Wish | |
| 87 | huangyunmei666 | http://www.wish.com/merchant/huangyunmei666 | PayPal * Wish | |
| 88 | Linda Jr. | http://www.wish.com/merchant/Linda Jr. | PayPal * Wish | |
| 89 | lucyjessychildrenclothing | http://www.wish.com/merchant/lucyjessychildrenclothing | PayPal * Wish | |
| 90 | luomengzi | http://www.wish.com/merchant/luomengzi | PayPal * Wish | |
| 91 | Luxury fashion Shop | http://www.wish.com/merchant/Luxury fashion Shop | PayPal * Wish | |
| 92 | lwm666 | http://www.wish.com/merchant/lwm666 | PayPal * Wish | |

| 93 | Molley_Unicorn | http://www.wish.com/merchant/Molley_Unicorn | PayPal * Wish | |
|---|---|---|---|---|
| 94 | MT5 | http://www.wish.com/merchant/MT5 | PayPal * Wish | |
| 95 | New Times Trade | http://www.wish.com/merchant/New Times Trade | PayPal * Wish | |
| 96 | RinlongFlower | http://www.wish.com/merchant/RinlongFlower | PayPal * Wish | |
| 97 | rosefashioner | http://www.wish.com/merchant/rosefashioner | PayPal * Wish | |
| 98 | rosemilk | http://www.wish.com/merchant/rosemilk | PayPal * Wish | |
| 99 | shirongrong | http://www.wish.com/merchant/shirongrong | PayPal * Wish | |
| 100 | Shopping to | http://www.wish.com/merchant/Shopping to | PayPal * Wish | |
| 101 | SIMINPAK-FA | http://www.wish.com/merchant/SIMINPAK-FA | PayPal * Wish | |
| 102 | Summer jewelry co., LTD | http://www.wish.com/merchant/Summer jewelry co., LTD | PayPal * Wish | |
| 103 | TAO BAOBAO | http://www.wish.com/merchant/TAO BAOBAO | PayPal * Wish | |
| 104 | theone2 | http://www.wish.com/merchant/theone2 | PayPal * Wish | |
| 105 | xiamen_fang | http://www.wish.com/merchant/xiamen_fang | PayPal * Wish | |
| 106 | YINLIANG | http://www.wish.com/merchant/YINLIANG | PayPal * Wish | |
| 107 | Young Style | http://www.wish.com/merchant/Young Style | PayPal * Wish | |