**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 18-62640-CIV-MARTINEZ/SNOW

CARTIER INTERNATIONAL A.G.,
MONTBLANC-SIMPLO GMBH, OFFICINE
PANERAI A.G., and VAN CLEEF & ARPELS SA,

       Plaintiffs,

vs.

A1MARKETING, *et al.*,

       Defendants.

_____/

**<u>CERTIFICATE OF SERVICE</u>**

      I certify and declare that I am over the age of 18 years, employed in the county of Broward, and I am an attorney for Plaintiffs, Cartier International A.G., Montblanc-Simplo GMBH, Officine Panerai A.G., and Van Cleef & Arpels SA, in the above captioned action.

      On November 13, 2018, Stephen M. Gaffigan, P.A. posted copies of the following document(s) on the website http://servingnotice.com/Rievpw/index.html , in compliance with this Court's Order dated November 5, 2018 [D.E. 9]:

1.     Complaint

2.     Civil Cover Sheet

3.     Clerk's Notice of Judge Assignment to Judge Jose E. Martinez

4.     AO-120 Form

5.     Corporate Disclosure Statement

6.     *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction and Order Restraining Transfer of Assets and Memorandum of Law Thereof

7.      Declaration of Virgilio Gigante in Support of *Ex Parte* Application for TRO, together with supporting exhibits

8.      Declaration of Richard Graham in Support of *Ex Parte* Application for TRO

9.      Declaration of Kathleen Burns in Support of *Ex Parte* Application for TRO, together with supporting exhibits

10.     Proposed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order

11.     *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)

12.     Declaration of Virgilio Gigante in Support of Motion for Order Authorizing Alternate Service of Process, together with supporting exhibit

13.     Proposed Order Granting Motion for Order Authorizing Alternate Service of Process

14.     Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order

15.     Order of Reference to Magistrate Judge

16.     Order of Referral to Magistrate Lurana S. Snow

17.     Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule 4 of Civil Procedure 4(f)(3)

18.     Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties

19.     Certificate of Interested Parties

20.     Notice of Filing Proposed Summonses

21.     Order Setting Hearing

22.     *Ex Parte*  Motion to Extend Temporary Restraining Order Dated November 5, 2018, and to Continue Hearing Scheduled for November 14, 2018, in Connection with Motion for Preliminary Injunction

23.     Declaration of T. Raquel Wiborg-Rodriguez in Support of Motion to Extend Temporary Restraining Order and Continue Hearing

24.     Proposed Order Granting Motion to Extend Temporary Restraining Order and Continue Hearing

25.     Order Granting Motion to Extend Temporary Restraining Order and Rescheduling Hearing

Dated:  November 27, 2018                    Respectfully submitted,

                                             STEPHEN M. GAFFIGAN, P.A.

                                             By:     s:/*Stephen M. Gaffigan* /
                                             Stephen M. Gaffigan (Fla. Bar No. 025844)
                                             Virgilio Gigante (Fla. Bar No. 082635)
                                             T. Raquel Wiborg-Rodriguez(Fla. Bar No. 103372)
                                             401 East Las Olas Blvd., #130-453
                                             Ft. Lauderdale, Florida 33301
                                             Telephone: (954) 767-4819
                                             Facsimile: (954) 767-4821
                                             E-mail: Stephen@smgpa.net
                                             E-mail: Leo@smgpa.net
                                             E-mail: Raquel@smgpa.net

                                             Attorneys for Plaintiffs